610-07/GMV/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SCHUYLER LINE NAVIGATION CO.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SCHUYLER LINE NAVIGATION CO.,




07 CV 11041

                                Plaintiff,

                                        **RULE 7.1 STATEMENT**

    -against -

SEAFREIGHT PLC, U.K.,

                                Defendant.
-------------------------------------------------------------x

      The Plaintiff, SCHUYLER LINE NAVIGATION CO., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       December 5, 2007

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                                SCHUYLER LINE NAVIGATION CO.

                          By: _____
                                Gina M. Venezia (GV 1551)
                                80 Pine Street
                                New York, NY 10005
                                Telephone: (212) 425-1900
                                Facsimile: (212) 425-1901

NYDOCS1/294835.1