610-07/OMV/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SCHUYLER LINE NAVIGATION CO.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
SCHUYLER LINE NAVIGATION CO.,

      Plaintiff,

 -against-

SEAFREIGHT PLC, U.K.,

      Defendant.
------------------------------------------------------x

07 CV 11041 (DC)

STIPULATION AND
ORDER OF DISMISSAL
AND DIRECTING
RELEASE AND TRANSFER
OF SETTLEMENT FUNDS

  The parties, having represented to the Court that the above-captioned matter has been settled on a full and final basis, the above action is hereby Discontinued with prejudice and without costs, and the Attachment issued herein under Supplemental Rule B is vacated, and any garnishee(s) holding any funds pursuant to the Order of Attachment is(are) hereby directed to release the funds from attachment and transfer those funds pursuant to the joint written instructions of counsel for the Plaintiff and the Defendant and Forever Maritime.

  It is further ordered that should there be any further judicial intervention required in connection with the release and transfer of the funds under attachment, the parties can

NYDOCS1/297065.1

apply to the Court within fifteen (15) days of the date of this Order for a reactivation of the case for purposes of effectuating the settlement agreement and release of funds.

Dated: January 11, 2008

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SCHUYLER LINE NAVIGATION CO.

By: _____
Peter J. Gutowski (PG 2200)
Gina Venezia (GV 1551)
80 Pine Street
New York, NY 10005

Dated: January 11, 2008

Burke & Parsons
Attorneys for Defendant

By: _____
William F. Dougherty (WD 8719)
100 Park Avenue
New York, NY 10017-5533

So Ordered:
January 18, 2008

_____
U.S.D.J.

NYDOCS1/297065.1